### No. 2.

MEED *against* ELLIS.  *Windsor*, 1817.

A note, payable in specific, or collateral articles, is a promissory note, under the Statute of limitations, and is not, (if witnessed,) barred, till fourteen years.